1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5053
7  FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff

FILED
APR - 9 2007
RICHARD...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-70285 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION, WAIVER AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME FOR INDICTMENT |
| HUGO NORATO CASTRO, | ) |
| Defendant. | ) |

The parties hereby stipulate and agree that the date currently set for preliminary hearing and/or arraignment may be continued for one week from April 12, 2007, to April 19, 2007 at 9:30am. Mr. Castro, by his signature below, further consents to extend by one week the time for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure. The purpose of the requested continuance is to permit the defense to continue its investigation into the circumstances of the alleged offense and to facilitate the parties' efforts to reach a pre-indictment resolution. The parties further agree that the intervening one week may be excluded from the time within which an indictment shall be filed, as the reasonable time necessary for effective defense preparation un 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

STIPULATION AND [PROPOSED] ORDER
No.CR 06-70285 RS                          1

|   |   |
|---|---|
| | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: 4-9-07 | /s/<br>THOMAS M. O'CONNELL<br>Assistant United States Attorney |
| DATED: 4-9-07 | /s/<br>LARA VINARD<br>Assistant Federal Public Defender |

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date for preliminary hearing and/or arraignment in the above-captioned matter shall be continued from April 12, 2007 to April 19, 2007 at 9:30am. *before Magistrate Judge Trumbull* It is further ordered that seven additional days be excluded from the time within which and indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 4/9/07

RICHARD SEEBORG
United States Magistrate Judge