1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CASTRO

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,      )   No. CR 06-70285 RS
   |                                )
11 |              Plaintiff,         )   STIPULATION, WAIVER AND
   | v.                             )   [PROPOSED] ORDER CONTINUING
12 |                                )   HEARING AND EXCLUDING TIME
   | HUGO NORATO CASTRO,            )   FOR INDICTMENT
13 |                                )
   |              Defendant.         )
14 |_____)

15      The parties hereby stipulate and agree that the date currently set for preliminary hearing

16 and/or arraignment may be continued for one week from April 19, 2007 to April 26, 2007, at

17 9:30 a.m. Mr. Castro further consents to extend by one week the time for preliminary hearing

18 under Rule 5.1 of the Federal Rules of Criminal Procedure. Undersigned defense counsel

19 consulted with Mr. Castro on April 17, 2007, and he expressly agreed to this one week

20 continuance and waiver of time.

21      The purpose of the requested continuance is to permit both parties to continue their

22 investigations of the alleged offense and to facilitate the parties efforts to reach a resolution of

23 the case. The parties further agree that the intervening week may be excluded from the time

24 within which an indictment shall be filed, as the reasonable time necessary for effective defense

25 preparation under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

26

STIPULATION AND [PROPOSED] ORDER
No. CR 06-70285 RS                         1

1  Dated: 4/18/07                              /s/
2                                         LARA S. VINNARD
                                          Assistant Federal Public Defender

3  Dated: 4/18/07                              /s/
4                                         THOMAS M. O'CONNELL
                                          Assistant United States Attorney

5                           [PROPOSED] ORDER

6      Good cause appearing and by stipulation of the parties, it is hereby ordered that the date
7  for preliminary hearing and/or arraignment in the above-captioned matter shall be continued from
8  April 12, 2007 to April 19, 2007 at 9:30 a.m.

9      It is further ordered that seven additional days be excluded from the time within which an
10 indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for
11 effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

12     IT IS SO ORDERED.

13 Dated: 4/18/07                          _____
                                          PATRICIA V. TRUMBULL
14                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 06-70285 RS                        1